# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS TAPIA,<br><br>                      Petitioner,<br>v.<br><br>S. HATTON, Warden,<br><br>                      Respondent. | Case No.: 16cv2624-MMA (BLM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE;**<br><br>[Doc. No. 13]<br><br>**GRANTING RESPONDENT'S MOTION TO DISMISS;**<br><br>[Doc. No. 10]<br><br>**DISMISSING THE PETITION WITH PREJUDICE;**<br><br>[Doc. No. 1]<br><br>**DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY** |

     Petitioner Luis Tapia has filed a Petition for Writ of Habeas Corpus ("petition") pursuant to 28 U.S.C. § 2254, challenging his conviction for murder in the second degree with the use of a firearm. *See* Doc. No. 1. Respondent filed a motion to dismiss the petition, which Petitioner filed an opposition to. *See* Doc. Nos. 10, 12. The matter was referred to United States Magistrate Judge Barbara L. Major for preparation of a Report

1

and Recommendation pursuant to Title 28, section 636(b)(1), and Civil Local Rule HC.2. Judge Major has issued a thorough and well-reasoned Report recommending that the motion to dismiss be granted. *See* Doc. No. 13.

Pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1), the Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). Objections to the Report and Recommendation were due no later than August 18, 2017. To date, no objections have been filed.[1]

Accordingly, the Court finds that Judge Major has issued an accurate Report and well-reasoned recommendation that the Court grant Respondent's motion to dismiss. The Court **ADOPTS** the Report and Recommendation in its entirety. The Court **GRANTS** Respondent's motion to dismiss, and **DISMISSES** the petition with prejudice.

### CERTIFICATE OF APPEALABILITY

Rule 11 of the Federal Rules Governing Section 2254 Cases states that "the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A certificate of appealability is not issued unless there is "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Under this standard, a petitioner must show that reasonable jurists could debate whether the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003), quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). For the reasons set forth in the Report and Recommendation and incorporated by reference

---

[1] The Clerk of Court served Petitioner with a copy of the Report and Recommendation via U.S. Mail on July 21, 2017. *See* Doc. No. 13.

herein, the Court finds that this standard has not been met and therefore **DECLINES** to issue a certificate of appealability in this case.

The Clerk of Court is instructed to enter judgment accordingly and close the case.

**IT IS SO ORDERED**.

DATE: August 23, 2017

_____
HON. MICHAEL M. ANELLO
United States District Judge